UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>                Plaintiff,<br><br>        vs.<br><br>CNC APEX CORP. dba FOSTER'S FREEZE, et al.,<br><br>                Defendants. | No.  1:16-cv-00953-LJO-EPG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br> **(ECF No. 15)** |

Having carefully considered the unopposed Motion of Plaintiff Rachel Lobato ("Plaintiff") for leave to file her First Amended Complaint, the papers submitted, and the pleadings in this action, the Court hereby GRANTS the Motion to Amend the Complaint. (ECF No. 15)

Under Federal Rule of Civil Procedure 15(a), leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a). "In the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.—the leave sought should, as the rules require, be 'freely given.'" *Eminence Capital, LLC v. Aspeon*,

Inc., 316 F.3d 1048, 1052 (9th Cir. 2003) (quoting *Foman v. Davis*, 371 U.S. 178, 182, 83 S.Ct. 227, 9 L.Ed.2d 222 (1962)).

Plaintiff sought to amend her complaint within the time set forth in the Court's scheduling order. Such amendment does not alter or change any date set by the Court in such Order. Plaintiff has demonstrated to the satisfaction of the Court that the amendment is not the result of undue delay or bad faith, and that no prejudice will befall Defendants in permitting the amendment.

The motion was filed on January 13, 2017 (ECF No. 15), and Defendants did not oppose to the motion, and 14 days have now passed. *See* CAED-LR 230(c).

Accordingly, Plaintiff shall file her First Amended Complaint, a copy of which was attached as Exhibit A to her motion, no later than five (5) court days after the filing of this Order. Defendants shall thereafter file a responsive pleading in accordance with Federal Rule of Civil Procedure 15(a)(3).

The motion hearing set for February 10, 2017, at 10 a.m. is VACATED.

IT IS SO ORDERED.

Dated:   **February 7, 2017**                        /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE