# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL LOBATO,<br><br>                       Plaintiff,<br><br>      v.<br><br>CNC APEX CORP. dba FOSTER'S FREEZE, *et al*.,<br><br>                       Defendants. | **Case No. 1:16-cv-00953-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 33) |

On September 12, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 33.) All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

    Dated:   **September 13, 2017**                /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE